SAM SHAPIRO, Individually, and as Administrator of the Estate of MARY SHAPIRO, Deceased, Respondent, v. EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.

(Submitted June 8, 1931; decided June 16, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 341.)

JACOB THOMANN, Respondent, v. THE CITY OF ROCHESTER, Appellant.

(Submitted June 8, 1931; decided June 16, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 165.)

WALTER G. FILER, Respondent, v. CREOLE SYNDICATE, Appellant.

(Submitted June 8, 1931; decided June 16, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 346.)

MARTHA WILLE, Respondent, v. IRA MAIER, Appellant.

(Submitted June 8, 1931; decided June 16, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 465.)

BESSIE R. BLACKBURN, Appellant, v. DAVIS BAKER, Respondent.

(Submitted June 8, 1931; decided June 16, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 540.)